In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-575 CV


____________________



IN THE MATTER OF K.B.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-10646-J






 MEMORANDUM OPINION


 On April 24, 2008, we notified the parties that the appeal would be dismissed unless
the appellant remitted the filing fee for the appeal. Appellant did not respond.

 Appellant did not file an affidavit of indigence on appeal and has not shown that he
is entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no
satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is
dismissed for want of prosecution. See Tex. R. App. P. 42.3.

 APPEAL DISMISSED.

 _____________________________

 HOLLIS HORTON

 Justice 

Opinion Delivered May 22, 2008 

Before Gaultney, Kreger, and Horton, JJ.